■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY J. GAY, Appellant. [961 NYS2d 355]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered April 11, 2011. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS B. BECKWITH, Appellant. [961 NYS2d 354]—Appeal from a judgment of the Ontario County Court (Frederick G. Reed, A.J.), rendered December 7, 2011. The judgment convicted defendant, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the first degree, aggravated driving while intoxicated and driving while intoxicated.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BROWNLEE, Appellant. [960 NYS2d 681]—Appeal from an order of the Monroe County Court (Frank P. Geraci, Jr., J.), entered October 31, 2011. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs (*see People v Iverson*, 90 AD3d 1561, 1561 [2011], *lv denied* 18 NY3d 811 [2011]). Present—Smith, J.P., Peradotto, Carni, Valentino and Martoche, JJ.